

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00298-CV

**HOWELL CRANE & RIGGING, INC.,**
Appellant

v.

Robert Lee **WAMMACK**, Jr.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09279
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file a reply brief, we set it due on February 22, 2021. *See* Tex. R. App. P. 38.6(c). Before the once-extended due date, Appellant filed a second unopposed motion for an extension of time to file the reply brief until March 15, 2021.

Appellant's motion is GRANTED. The reply brief is due on March 15, 2021. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court